IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Kevin

Printed: 3/11/08

Case Number: 07 B 08133
Judge: Hollis, Pamela S
Filed: 5/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: July 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 225.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 212.85 |
| Trustee Fee: |  | 12.15 |
| Other Funds: |  | 0.00 |
| Totals: | 225.00 | 225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,806.33 | 212.85 |
| 2. | Asset Acceptance | Unsecured | 39.58 | 0.00 |
| 3. | Emerge Mastercard | Unsecured | 14.51 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 489.50 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 48.78 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 31.06 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 83.78 | 0.00 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Allied Interstate | Unsecured | | No Claim Filed |
| 10. | Harris & Harris | Unsecured | | No Claim Filed |
| 11. | OSI Recovery Solutions | Unsecured | | No Claim Filed |
| 12. | Lonell Mosley | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Piper Marbury Rudnik & Wolfe | Unsecured | | No Claim Filed |
| 15. | Account Recovery Service | Unsecured | | No Claim Filed |
| | | | $ 4,513.54 | $ 212.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 12.15 |
|  | $ 12.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Kevin

Printed: 3/11/08

Case Number: 07 B 08133
Judge: Hollis, Pamela S
Filed: 5/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

